UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

UNITED STATES OF AMERICA

                              Plaintiff,

vs.                                           **NOTICE OF APPEARANCE**

THOMAS HAYES,                           **Case No. 1:11-MJ-01573**

                              Defendant.

-----------------------------------------------------------------------x

To the Clerk of the Court and all parties of record:

    I hereby enter my appearance as counsel in this case for **Thomas Hayes**, Defendant.

I certify that I am admitted to practice in this Court.

Dated: July 14, 2011

                                                    Marc C. Gann, Esq.
                                     Collins, McDonald & Gann, P.C.
                                       138 Mineola Boulevard
                                       Mineola, New York 11501
                                            P: (516) 294-0300
                                            F: (516) 294-0477