**ORIGINAL**

**Judge Buchwald**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :

      - v. -                         :   NOTICE OF INTENT TO
                                              FILE AND INFORMATION

THOMAS P. HAYES,                   :   11 Mag. 1573
    a/k/a "tmjhazer,"
                                         :   **11 CRIM 883**

            Defendant.           :

- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          October 13, 2011

**Judge Buchwald**

                              PREET BHARARA
                              United States Attorney

                       By: _/s/ Michael Lockard_____
                              MICHAEL D. LOCKARD
                              Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 14 2011

                              AGREED AND CONSENTED TO:

                       By: _/s/_____
                              MARC GANN, Esq.
                              Attorney for Thomas P. Hayes

WHEEL A