Judge Buchwald

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA          :

    - v. -                         :   WAIVER OF INDICTMENT

THOMAS P. HAYES,                  :   11 CRIM 883
    a/k/a "tmjhazer,"
                                  :
        Defendant.
                                  :
- - - - - - - - - - - - - - - - -x

        THOMAS P. HAYES, a/k/a "tmjhazer," the defendant, who is accused of violating Title 18, United States Code, Section 641, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 14 2011

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
       October 14, 2011