

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 27, 2011

**MEMO ENDORSED**

**BY FACSIMILE**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2270
New York, New York 10007



Re: **United States v. Thomas P. Hayes,**
    **11 Cr. 883 (NRB)**

Dear Judge Buchwald,

**MEMO ENDORSED**

The government writes to respectfully request that the initial pretrial conference in the above-referenced case be scheduled for November 17, 2011, which we understand to be a date convenient to the Court as well as for the defendant's counsel.

The government further requests that time be excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(A), because the parties are engaged in discussions concerning a potential disposition of this matter and, accordingly, the ends of justice outweigh the best interests of the defendant and the public in a speedy trial. The government has consulted with counsel for the defendant, who does not object to the exclusion of time.

*So Ordered [signature] USDJ 10/27/11*

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: [signature]
Michael D. Lockard
Assistant United States Attorney
(212) 637-2193

cc: Marc Gann, Esq., counsel for the defendant (by email)